PROB 12B
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Petition to Modify the Condition or Term of Supervision

Name of Offender: Thema Harden                Case Number: 3:13-00264

Name of Sentencing Judicial Officer: Honorable S. Thomas Anderson, U.S. District Court Judge, WDTN

Name of Current Judicial Officer: Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: August 8, 2013

Original Offense: 18 U.S.C. § 1791(a)(1) Attempt to Provide Contraband to an Inmate and 18 U.S. C. § 2 Aiding and Abetting

Original Sentence: Two years' probation

Type of Supervision: Probation                Date Supervision Commenced: August 8, 2013

Assistant U.S. Attorney: Jimmie Lynn Ramsaur    Defense Attorney: Issiah S. Gant

---

## PETITIONING THE COURT

■ To modify the release conditions as follows:

1. The Defendant shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a residential re-entry center at the direction of the probation officer. The Defendant shall pay all or part of the cost for substance abuse treatment if the probation officer determines the Defendant has the financial ability to do so or has appropriate insurance coverage to pay for such treatment.

THE COURT ORDERS:
☐ No Action
☐ The extension of supervision as noted above.
☐ The modification(s) as noted above.
☒ Other (Set a hearing to modify the conditions of supervision) March 31, 2014 at 4:00 pm

Considered this 28th day of February, 2014, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U. S. Probation Officer

Place    Nashville, Tennessee

Date    February 28, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.**     **The defendant shall not commit another federal, state or local crime.**

On February 21, 2014, Ms. Harden was arrested by the Murfreesboro Police Department and charged with Disorderly Conduct. U.S. Probation Officer Kara Sanders received a call from Murfreesboro Police Officer Pints, who indicated he pulled Ms. Harden over for a traffic violation. Officer Pitts reports Ms. Harden proceed to exit her vehicle and approach him. She failed to follow his instructions to stop and return to her vehicle.

On February 24, 2014, Ms. Harden reported this arrest to U.S. Probation Officer Kara Sanders. Ms. Harden is scheduled to appear in General Sessions Court in Murfreesboro, Tennessee on April 8, 2014.

**2.**     **The defendant shall refrain from any unlawful use of a controlled substance.**

On February 28, 2014, Ms. Harden tested positive for marijuana. She admitted to smoking three marijuana joints on February 22, 2014. She indicated she will contact her mental health therapist to discuss her marijuana use and set up substance abuse treatment.

Ms. Harden attends treatment with Centerstone Mental Health. Her counselor reports she attends and participates in treatment sessions and takes her mental health medication as directed. Her counselor has been notified of the positive marijuana drug test and will include substance abuse treatment into her current treatment goals. She will reassess Ms. Harden to determine any update in her diagnosis and increase treatment sessions if necessary.

### Compliance with Supervision Conditions and Prior Interventions:

Ms. Harden began her two-year term of probation on August 8, 2013. She receives disability benefits due to health issues and resides with her children. Ms. Harden is in compliance with all other conditions of release.

## U.S. Probation Officer Recommendation:

Due to Ms. Harden's desire for substance abuse treatment, it is recommended that the conditions of probation be modified to include the special condition as indicated in this petition. Ms. Harden is in agreement with the addition of this condition.

The U.S. Attorney's Office and Federal Public Defenders Office have been notified of this request to the Court and attorneys have been assigned.

Approved: _____
                Britton Shelton
                Supervisory U.S. Probation Officer